# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA (BOROUGH OF GLENOLDEN), | : | No. 587 MAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| ROBERT J. BARR, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.